IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PATRICK SUDELL, Register No. 1019076, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-4116-CV-C-NKL |
| ALGOA CORRECTIONAL CENTER, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

On March 22, 2005, the United States Magistrate Judge recommended that defendants' motion to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss is denied [15].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 18, 2005
Jefferson City, Missouri