IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PATRICK SUDELL, Register No. 1019076, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-4116-CV-C-NKL |
| SAMANTHA DRY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

On September 1, 2005, the United States Magistrate Judge recommended that plaintiff's claims against defendants Correctional Medical Services, Dental Assistant Ben, Dr. Eliya Mohaddam and John Napier be dismissed, pursuant to Fed. R. Civ. P. 4(m). The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendants Correctional Medical Services, Dental Assistant Ben, Dr. Eliya Mohaddam and John Napier are dismissed, pursuant to Fed. R. Civ. P. 4(m).

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 7, 2005
Jefferson City, Missouri